| A'2-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name. First name, Middle initial) Caldwell, William W | 2. Court or Organization U.S.D.C. Middle Dist. of PA | 3. Date of Report 4/30/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge | 5. ReportType (check appropriate type) ○ Nomination, Date 2/19/82 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address P.O.Box 11877 Harrisburg, PA 17108-1877 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Economics Pennsylvania (formerly Pa. Partnership for Economic Education (a non-profit corporation)) |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 5 11 36 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell, William W | 4/30/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Commonwealth of PA - Retirement benefits | $19,368.60 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS

– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fulton Financial Corp.(common) | E | Dividend | P1 | T | | | | | |
| 2. Alliance Gov't Reserves (Inv.Acct.) | | None | | ) | Redemption | 1/21 | K | | |
| 3. Allied Irish Bank (common) | D | Dividend | M | T | | | | | |
| 4. Alliance Gov't Reserves (Inv.Acct.) | | None | | | Redemption | 1/21 | J | | |
| 5. Intel Corp. (common) | A | Dividend | K | T | | | | | |
| 6. Smith-Barney Bond Fund | D | Interest | M | T | | | | | |
| 7. J L G Inc. (common) | | None | | | Sold | 1/21 | J | | |
| 8. Tyco International (common) | A | Dividend | J | T | | | | | |
| 9. Biomet Inc. (common) | | None | | | Sold | 1/21 | J | C | |
| 10. Colgate Palmolive (common) | A | Dividend | J | T | | | | | |
| 11. Harsco Corp. (common) | A | Dividend | J | T | | | | | |
| 12. Lucent Technologies (common) | | None | J | T | | | | | |
| 13. Merck & Co. (common) | A | Dividend | | | Sold | 4/28 | J | C | |
| 14. Actuant Corp. (common) | | None | J | T | | | | | |
| 15. JMS Broker balance | A | Interest | J | T | | | | | |
| 16. Dentsply Intern. (common) | A | Dividend | J | T | | | | | |
| 17. Maxim Integrated (common) | A | Dividend | J | T | | | | | |
| 18. Carlisle Corp. (common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pfizer | A | Dividend | J | T | Buy | 4/17 | J | | |
| 20. Safeguard Scientific (common) | | None | J | T | | | | | |
| 21. Wal Mart Stores (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 22. Dell Computer (common) | | None | | | Sold | 12/11 | J | A | |
| 23. Kulicke & Soffa (common) | | None | J | T | | | | | |
| 24. Hewlett-Packard (common) | A | Dividend | J | T | | | | | |
| 25. Johnson & Johnson (common) | A | Dividend | J | T | | | | | |
| 26. Global Santefe Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 27. Time Warner (common) | | None | | | Sold | 12/11 | J | | Was AOL |
| 28. Adobe Systems, Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 29. Agilent Tech. Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 30. Alcoa, Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 31. Alkermes, Inc. (common) | | None | | | Sold | 12/11 | J | | |
| 32. Allstate Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 33. Ambac Financial Group (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 34. American Express (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 35. Amgen Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 36. Anadarko Petroleum Corp. (common) | A | Dividend | | | Sold | 12/11 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. B J Services (common) | | None | | | Sold | 1/29 | J | A | |
| 38. Bank New York (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 39. Bank One Corp. (common) | | None | | | Sold | 12/11 | J | A | |
| 40. Cablevision Systems Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 41. Cabot Microelectronics Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 42. Carnival Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 43. Chevron Texaco Corp. (common) | | None | | | Sold | 1/21 | J | | |
| 44. Chiron Corp. (common) | | None | | | Sold | 12/11 | J | A | |
| 45. Chubb Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 46. Cisco Systems, Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 47. Clayton Homes Inc. (common) | A | Dividend | | | Sold | 8/6 | J | | |
| 48. Coca-Cola Inc. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 49. Comcast Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 50. Conoco Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 51. Countrywide Financial Corp. (common) | A | Dividend | | | Sold | 6/18 | J | A | |
| 52. Walt Disney Co. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 53. Emerson Electric Co. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 54. Engelhart Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2.500 | C = $2.501-$5,000 | D = $5.001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5.000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50.001-$100,000 | M = $100,001-$250,000 | |
| | N = $250.000-$500,000 | O = $500.001-$1.000.000 | P1 = $1.000.001-$5,000,000 | P2 = $5,000.001-$25,000.000 | |
| | P3 = $25.000.001-$50,000.000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Exxon Mobil Corp. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 56. Forest Laboratories Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 57. General Electric (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 58. Genzyme Corp. (common) | | None | | | Sold | 12/11 | J | A | |
| 59. Gillette Co. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 60. Grant Prideco Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 61. Hewlett Packard (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 62. Home Depot (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 63. Honeywell International (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 64. ICN Pharmaceuticals Inc. (common) | A | Dividend | | | Sold | 3/27 | J | A | |
| 65. IDEC Pharmaceuticals (common) | | None | | | Sold | 11/14 | J | | |
| 66. Intel Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 67. LSI Logic Corp. (common) | | None | | | Sold | 1/14 | J | | |
| 68. Lattice Semiconductor Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 69. Liberty Media Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 70. MBIA Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 71. MGIC Invt. Corp. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 72. Maxtor Corp. (common) | | None | | | Sold | 12/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. McDonalds Corp. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 74. Merck & Co. Inc. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 75. Microsoft Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 76. Pharmacia Corp. (common) | A | Dividend | | | Sold | 4/16 | J | | |
| 77. Ratheon Co. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 78. Realnetworks Inc. (common) | | None | | | Sold | 12/11 | J | | |
| 79. Sandisk Corp. (common) | | None | | | Sold | 12/11 | J | A | |
| 80. Schering Plough Corp. (common) | A | Dividend | | | Sold | 6/5 | J | | |
| 81. Scientific Atlanta (common) | | None | | | Sold | 3/24 | J | | |
| 82. Texas Instruments Corp. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 83. Tyco Int'l Ltd. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 84. United Health Group (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 85. Weatherford International Inc. (common) | | None | | | Sold | 12/11 | J | | |
| 86. Wells-Fargo & Co. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 87. Amerada Hess (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 88. America Intl Gap(common) | A | Dividend | | | Sold | 12/11 | J | | |
| 89. Eastman Kodak (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 90. Electronics for Imaging (common) | A | Dividend | | | Sold | 12/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes. (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Genentech Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 92. Hasbro, Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 93. IBM (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 94. Johnson & Johnson (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 95. L3 Comm. Hldgs. (common) | | None | | | Sold | 12/11 | J | | |
| 96. Lehman Bros. Hldgs., Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 97. Merrill Lynch & Co. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 98. Micromuse Inc. (common) | | None | | | Sold | 12/11 | J | | |
| 99. Micron Tech, Inc. (common) | | None | | | Sold | 12/11 | J | | |
| 100. Monsanto (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 101. Motorola, Inc. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 102. Murphy Oil Corp. | A | Dividend | | | Sold | 12/11 | J | | |
| 103. Neuberger Berman, Inc. (common) | A | Dividend | | | Sold | 11/3 | J | | |
| 104. News Ltd. (ADR) | | None | | | Sold | 12/11 | J | A | |
| 105. Nippon Tel.&Tel.(ADR) | A | Dividend | | | Sold | 12/11 | J | A | |
| 106. Nokia Corp. (ADR) | A | Dividend | | | Sold | 12/11 | J | | |
| 107. Paccas, Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 108. Pepsico Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, William W | 4/30/04 |

## VII. INVESTMENTS and TRUSTS
— income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Pfizer Inc. (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 110. RSA Security Inc. (common) | | None | | | Sold | 12/11 | J | A | |
| 111. St. Paul Comps (common) | A | Dividend | | | Sold | 7/22 | J | | |
| 112. Solectron Corp. (common) | | None | | | Sold | 12/11 | J | | |
| 113. Unisys Corp. (common) | | None | | | Sold | 12/11 | J | A | |
| 114. Verizon Commun. (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 115. Vodafone Group (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 116. Vulcan Materials (common) | A | Dividend | | | Sold | 12/11 | J | A | |
| 117. Weyerhaeuser (common) | A | Dividend | | | Sold | 12/11 | J | | |
| 118. Wyeth (common) | A | Dividend | - | | Sold | 12/11 | J | | |
| 119. PA State Tpk. Rev. Bond | C | Interest | L | T | | | | | |
| 120. Smith Barney - Money market Acct. | | None | L | T | Buy | 12/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell, William W | 4/30/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____4/30/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544